UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**HATCHETS OF SAN ANTONIO, LLC,**
    **Plaintiff,**

v.

**WOODY'S BACKYARD FRANCHISING, LLC,**
    **Defendant.**

No. SA-20-CV-00027-JKP

## FINAL JUDGMENT

The Court has considered Plaintiff's Complaint to Confirm Arbitration Award and Defendant's Motion to Vacate, Modify, or Correct the Arbitration Award and rendered its decision. For the reasons stated in the Order denying Defendant's motion and confirming the Arbitration Award (ECF No. 20), it is ORDERED, ADJUDGED AND DECREED Plaintiff Hatchets of San Antonio, LLC recover from Defendant Woody's Backyard Franchising, LLC:

1. damages in the amount of $400,000.00;
2. attorney's fees and costs in the amount of $230,283.35;
3. amounts previously paid to the American Arbitration Association by Hatchets of San Antonio, LLC in the amount of $25,127.70;
4. prejudgment interest from December 19, 2019 through the date of this Judgment at the rate of 1.5%; and
5. postjudgment interest at the rate of 0.15%.

SIGNED this 26th day of May 2020.

*/s/ Jason Pulliam*
JASON PULLIAM
UNITED STATES DISTRICT JUDGE